THE PEOPLE, ex rel. THE EQUITABLE FIRE AND MARINE INSURANCE COMPANY, Appellant, *v.* CHARLES G. FAIRMAN, Superintendent, etc., Respondent.

(Argued May 1, 1883; decided May 8, 1883.)

*Edward D. McCarthy* for appellant.

*Austin A. Yates* for respondent.

Agree to affirm; no opinion.
All concur.
Order affirmed.